IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 OCTOBER 2013

| 236A12-2 | Jeffrey Smith, Chris Marion, Tanya Marion, Thi Quoc Tran, Seok Cho, Crafty Corner, LLC, a North Carolina Limited Liability Company, Triumph Entertainment, LLC, a North Carolina Limited Liability Company, Michael M. Courson, LLC, A North Carolina Limited Liability Company, Kelly Monsour, Tim Moore, Douglas Guy, Danny Dye, Beverly K. Harris, Harris Management Services, Inc., a North Carolina Corporation, JB&H Consulting, Inc., a North Carolina Corporation, Charles Shannon Silver, and Randy Griffin v. The City of Fayetteville, North Carolina | 1. Def's NOA Based Upon A Constitutional Question (COA11-1263-2)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismiss *Ex Mero Motu*<br><br>2. Denied<br><br>**Beasley, J. Recused** |
|---|---|---|---|
| 242P13 | Sadie Howard v. County of Durham | Plt's Petition for PDR Under N.C.G.S. § 7A-31 (COA12-1484) | Denied |
| 244P13 | State v. Madisa Benea Macon | Def's PDR Under N.C.G.S. § 7A-31 (COA12-812) | Denied |
| 245P13 | State v. Orenthial Terrell Smith | Def's Petition for *Writ of Certiorari* to Review the Order of the COA (COAP13-170) | Dismissed |
| 247P03-3 | State v. Reginald Terrell Leach | Def's *Pro Se* Motion for Request for Appointment of Counsel | Dismissed |